UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

No. 4:12-CV-54-F

| | |
|---|---|
| CYNTHIA RAE GAITHER PURVIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) ORDER |
| | ) |
| PITT COUNTY SCHOOLS, et al., | ) |
| | ) |
| | ) |
| Defendants. | ) |

This matter is before the court upon Plaintiff Cynthia Purvis's pro se letter motion, entitled "Motion to Volunteerly [sic] Dismiss." [DE-38]. The court interprets Plaintiff's motion [DE-38] to be a Notice of Voluntary Dismissal made pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, and therefore this action is DISMISSED without prejudice. All pending motions are DENIED as moot, and the Clerk of Court is DIRECTED to close this case.

SO ORDERED.

This the 1st day of August, 2013.

JAMES C. FOX
Senior United States District Judge